**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | IN CHAPTER 7 PROCEEDINGS |
| | ) | |
| ANDREA DENISE WOOLFORK | ) | BK  18-31327 |
| SS #:   xxx-xx-5443 | ) | |
| | ) | |
| Debtor(s). | ) | |

**TRUSTEE'S OBJECTION TO CLAIM(S)**

TO:   LVNV FUNDING, LLC

Donald M. Samson, Chapter 7 Trustee (hereinafter "Trustee") objects to the following claim(s):

| Claimant of Claim Objected To | Claim Number | Amount of Claim |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | 11-1 | $451.40 |

Said claim(s) should be **DISALLOWED**.  The basis for the Trustee's Objection is as follows:

Claim is barred by the statute of limitations.

**IF YOU DISAGREE WITH THIS OBJECTION, YOU MUST FILE YOUR RESPONSE WITH THE BANKRUPTCY COURT ON OR BEFORE THE 30th DAY OF SEPTEMBER, 2019, AND SERVE A COPY OF YOUR RESPONSE ON THE TRUSTEE AND ALL PARTIES LISTED ON THE ATTACHED PROOF OF SERVICE.**

**IF A RESPONSE IS NOT FILED WITH THE BANKRUPTCY COURT** on or before **SEPTEMBER 30, 2019**, the Court will enter an Order on the Hearing Date for the Trustee's Final Report, upholding the above Trustee's Objection to your Claim(s).

**IF A RESPONSE IS FILED WITH THE BANKRUPTCY COURT** on or before **SEPTEMBER 30, 2019**, and a resolution cannot be reached between the Trustee and you as the Responding Claimant, a hearing will be held on the Trustee's Objection to Claim(s) and your response thereto.  This hearing will be held on the same date as the hearing on the Trustee's Final Report.  A Notice of Hearing on the Trustee's Final Report and the Trustee's Objection to Claim(s) will be sent to you at a later date and time.  Failure to appear at the Final Report Hearing may result in the Court sustaining the Trustee's Objection to your Claim(s).

Go to www.ilsb.uscourts.gov for information regarding mandatory electronic filing.

      WHEREFORE, Donald M. Samson, Trustee, prays that the Court sustain the Trustee's Objection to the claim(s) as set forth above and for such other and further relief as this Court deems just and equitable.

DATE: 9/9/19

                                    /s/ Donald M. Samson_____
                                    DONALD M. SAMSON, Trustee
                                    226 W. Main St., Ste. 102
                                    Belleville, IL  62220
                                    618-235-2226
                                    Fax: 618-235-0037

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of September, 2019, a copy of the foregoing document, Trustee's Objection to Claim(s), was served upon the following electronically or by first class mail, postage prepaid:

U. S. Trustee
Becker Bldg., Rm. 1100
401 Main St.
Peoria, IL  61602

Tobias Licker
Law Office of Tobias Licker
1861 Sherman Dr.
St. Charles, MO  63303

Andrea D. Woolfork
324 Skyline View Dr.
Collinsville, IL  62234

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587


/s/ Tara Schaefer