**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: ) | IN CHAPTER 7 PROCEEDINGS | |
| ) | | |
| ANDREA DENISE WOOLFORK ) | BK  18-31327 | |
| SS #:   xxx-xx-5443 ) | | |
| ) | | |
| ) | | |
| Debtor(s). ) | | |

**TRUSTEE'S OBJECTION TO CLAIM(S)**

TO:    QUANTUM3 GROUP LLC as agent for CF Medical LLC

Donald M. Samson, Chapter 7 Trustee (hereinafter "Trustee") objects to the following claim(s):

| Claimant of Claim Objected To | Claim Number | Amount of Claim |
|---|---|---|
| Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | 2-1 | $75.00 |

Said claim(s) should be **DISALLOWED**.  The basis for the Trustee's Objection is as follows:

Claim is barred by the statute of limitations.

**IF YOU DISAGREE WITH THIS OBJECTION, YOU MUST FILE YOUR RESPONSE WITH THE BANKRUPTCY COURT ON OR BEFORE THE 1st DAY OF OCTOBER, 2019, AND SERVE A COPY OF YOUR RESPONSE ON THE TRUSTEE AND ALL PARTIES LISTED ON THE ATTACHED PROOF OF SERVICE.**

**IF A RESPONSE IS NOT FILED WITH THE BANKRUPTCY COURT** on or before **OCTOBER 1, 2019**, the Court will enter an Order on the Hearing Date for the Trustee's Final Report, upholding the above Trustee's Objection to your Claim(s).

**IF A RESPONSE IS FILED WITH THE BANKRUPTCY COURT** on or before **OCTOBER 1, 2019**, and a resolution cannot be reached between the Trustee and you as the Responding Claimant, a hearing will be held on the Trustee's Objection to Claim(s) and your response thereto.  This hearing will be held on the same date as the hearing on the Trustee's Final Report.  A Notice of Hearing on the Trustee's Final Report and the Trustee's Objection to

Claim(s) will be sent to you at a later date and time.  Failure to appear at the Final Report Hearing may result in the Court sustaining the Trustee's Objection to your Claim(s).

Go to [www.ilsb.uscourts.gov](www.ilsb.uscourts.gov) for information regarding mandatory electronic filing.

      WHEREFORE, Donald M. Samson, Trustee, prays that the Court sustain the Trustee's Objection to the claim(s) as set forth above and for such other and further relief as this Court deems just and equitable.

DATE: 9/10/19

      /s/ Donald M. Samson
      DONALD M. SAMSON, Trustee
      226 W. Main St., Ste. 102
      Belleville, IL  62220
      618-235-2226
      Fax: 618-235-0037

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of September, 2019, a copy of the foregoing document, Trustee's Objection to Claim(s), was served upon the following electronically or by first class mail, postage prepaid:

U. S. Trustee
Becker Bldg., Rm. 1100
401 Main St.
Peoria, IL  61602

Tobias Licker
Law Office of Tobias Licker
1861 Sherman Dr.
St. Charles, MO  63303

Andrea D. Woolfork
324 Skyline View Dr.
Collinsville, IL  62234

Quantum3 Group LLC as agent for
CF Medical LLC
PO Box 788
Kirkland, WA  98083-0788

/s/ Tara Schaefer