**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: ) | IN CHAPTER 7 PROCEEDINGS | |
| ) | | |
| ANDREA DENISE WOOLFORK ) | BK  18-31327 | |
| SS #:   xxx-xx-5443 ) | | |
| ) | | |
| Debtor(s). ) | | |

**TRUSTEE'S OBJECTION TO CLAIM(S)**

TO:   DEPARTMENT OF THE TREASURY – INTERNAL REVENUE SERVICE

Donald M. Samson, Chapter 7 Trustee (hereinafter "Trustee") objects to the following claim(s):

| Claimant of Claim Objected To | Claim Number | Amount of Claim |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | 10-2 | $17,750.93 |

Said claim(s) should be **ALLOWED as priority in the amount of $2,981.60, unsecured in the amount of $1,634.51, and DISALLOWED in the priority amount of $12,643.28**.  The basis for the Trustee's Objection is as follows:

Claim is based on estimated taxes for 2015 and 2016, as no returns have been filed; Trustee does not object to the claim for 2017 taxes as he was provided a copy of debtor's tax return which matched the amount in the proof of claim.

**IF YOU DISAGREE WITH THIS OBJECTION, YOU MUST FILE YOUR RESPONSE WITH THE BANKRUPTCY COURT ON OR BEFORE THE 1st DAY OF OCTOBER, 2019, AND SERVE A COPY OF YOUR RESPONSE ON THE TRUSTEE AND ALL PARTIES LISTED ON THE ATTACHED PROOF OF SERVICE.**

**IF A RESPONSE IS NOT FILED WITH THE BANKRUPTCY COURT** on or before **OCTOBER 1, 2019**, the Court will enter an Order on the Hearing Date for the Trustee's Final Report, upholding the above Trustee's Objection to your Claim(s).

**IF A RESPONSE IS FILED WITH THE BANKRUPTCY COURT** on or before **OCTOBER 1, 2019**, and a resolution cannot be reached between the Trustee and you as the Responding Claimant, a hearing will be held on the Trustee's Objection to Claim(s) and your

response thereto.  This hearing will be held on the same date as the hearing on the Trustee's Final Report.  A Notice of Hearing on the Trustee's Final Report and the Trustee's Objection to Claim(s) will be sent to you at a later date and time.  Failure to appear at the Final Report Hearing may result in the Court sustaining the Trustee's Objection to your Claim(s).

Go to www.ilsb.uscourts.gov for information regarding mandatory electronic filing.

       WHEREFORE, Donald M. Samson, Trustee, prays that the Court sustain the Trustee's Objection to the claim(s) as set forth above and for such other and further relief as this Court deems just and equitable.

DATE: 9/10/19

                                      /s/ Donald M. Samson_____
                                      DONALD M. SAMSON, Trustee
                                      226 W. Main St., Ste. 102
                                      Belleville, IL  62220
                                      618-235-2226
                                      Fax: 618-235-0037

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 10th day of September, 2019, a copy of the foregoing document, Trustee's Objection to Claim(s), was served upon the following electronically or by first class mail, postage prepaid:

U. S. Trustee
Becker Bldg., Rm. 1100
401 Main St.
Peoria, IL  61602

Tobias Licker
Law Office of Tobias Licker
1861 Sherman Dr.
St. Charles, MO  63303

Andrea D. Woolfork
324 Skyline View Dr.
Collinsville, IL  62234

U. S. Attorney General        (by certified mail)
Civil Division, Service of Process
U.S. Dept. of Justice
10th St. & Constitution Ave. NW
Washington, DC  20530

U. S. Attorney's Office
Financial Litigation Unit
9 Executive Dr.
Fairview Hts., IL  62208

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101-7346

/s/ Tara Schaefer